

Representing Management Exclusively in Workplace Law and Related Litigation

| Jackson Lewis LLP | ALBANY, NY | DETROIT, MI | MILWAUKEE, WI | PORTLAND, OR |
| 58 South Service Road | ALBUQUERQUE, NM | GREENVILLE, SC | MINNEAPOLIS, MN | PORTSMOUTH, NH |
| Suite 410 | ATLANTA, GA | HARTFORD, CT | MORRISTOWN, NJ | PROVIDENCE, RI |
| Melville, New York 11747 | BALTIMORE, MD | HOUSTON, TX | NEW ORLEANS, LA | RALEIGH-DURHAM, NC |
| Tel 631 247-0404 | BIRMINGHAM, AL | INDIANAPOLIS, IN | NEW YORK, NY | RICHMOND, VA |
| Fax 631 247-0417 | BOSTON, MA | JACKSONVILLE, FL | NORFOLK, VA | SACRAMENTO, CA |
| www.jacksonlewis.com | CHICAGO, IL | LAS VEGAS, NV | OMAHA, NE | SAN DIEGO, CA |
| | CINCINNATI, OH | LONG ISLAND, NY | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| | CLEVELAND, OH | LOS ANGELES, CA | ORLANDO, FL | SEATTLE, WA |
| | DALLAS, TX | MEMPHIS, TN | PHILADELPHIA, PA | STAMFORD, CT |
| | DENVER, CO | MIAMI, FL | PHOENIX, AZ | WASHINGTON, DC REGION |
| | | | PITTSBURGH, PA | WHITE PLAINS, NY |

MY DIRECT DIAL IS: (631) 247-4605
MY EMAIL ADDRESS IS: SIEGELP@JACKSONLEWIS.COM

July 15, 2011

**VIA ECF**

Hon. Judge Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Courtroom 920
Central Islip, New York 11722

Re:  Shahnaz Haq v. Hi-Tech Pharmacal Co., Inc.
Index No.: 11-CV-2652 (JFB)

Dear Judge Bianco:

We are counsel to Defendant in the above-referenced matter, and write with the permission of Plaintiff's counsel to advise the Court that the parties have reached a settlement in principal in this matter. The parties respectfully request until August 5, 2011 to submit a fully integrated settlement agreement to Your Honor for approval, and for Defendant's deadline to answer or otherwise respond to the Complaint to be extended to that date.

Respectfully submitted,

JACKSON LEWIS LLP

s/ _____
Paul J. Siegel

PJS/pr

cc:  Noel P. Tripp, Esq. (internal)
     Nadia Pervez, Esq. (via ECF)

4829-3544-5002, v. 1