UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

SHAHNAZ HAQ,

         Plaintiff,

   -against-

HI-TECH PHARMACAL CO., INC.,

         Defendant.

---------------------------------------------------------------X

*VIA ECF*

Civ. No.: CV-11 2652

Bianco, J.
Tomlinson, M.J.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

  IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and the Defendant that, the Settlement Agreement in this matter having been reviewed by the Court and found to be fair and reasonable, the above-captioned action be dismissed in its entirety, with prejudice, in accordance with the terms of the Settlement Agreement.

Dated: Melville, New York
   August 17, 2011

| | |
|---|---|
| PERVEZ LAW, P.C. | JACKSON LEWIS LLP |
| *ATTORNEYS FOR PLAINTIFF* | *ATTORNEYS FOR DEFENDANT* |
| 68 South Service Rd., Ste. 100 | 58 South Service Road, Suite 410 |
| Melville, New York 11747 | Melville, New York 11747 |
| (631) 427-0700 | (631) 247-0404 |
| By: s/ | By: s/ |
|  NADIA M. PERVEZ, ESQ. |  PAUL J. SIEGEL, ESQ. |

    SO ORDERED on this _____ day of _____, 2011

        _____
        United States District Judge

4820-6285-3130, v. 1